# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

Luigi Porcelli

VS.

CR NO. 05-79L

USA

## ORDER

The government's response to the Defendant's motion to vacate, set aside, or correct sentence is due on March 28, 2005.

ENTER:

Ronald R. Lagueux

Ronald R. Lagueux
Senior U.S. District Judge
DATED: 3/2/05

BY Order:

Deputy Clerk

(2)