UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

LUIGI PORCELLI

v. C.A. No. 05-79L
(CR NO. 97-004L)

UNITED STATES OF AMERICA

MEMORANDUM AND ORDER

This is petitioner's third motion under 28 U.S.C. § 2255 to vacate, set aside, and/or correct sentence. The first petition was denied by this Court and later defaulted by the First Circuit Court of Appeals for his failure to prosecute the appeal. The second petition was rebuffed in the first instance by the Court of Appeals. Enough is enough.

This third petition is denied and dismissed.

It is so ordered.

Ronald R. Lagueux
Senior Judge
April 19, 2005

4