APRIL 18, 2005

JUDGE R. LAGUEUX
U.S DISTRICT JUDGE
PROVIDENCE, RHODE ISLAND 02903-1779

RE; U.S. VS. LUIGI PORCELLI
NO. CR NO. 05-79L

DEAR JUDGE;

I HAVE A PENDING 225 MOTION AND I RESPECTFULLY REQUEST THAT YOU RULE ON THE MOTION EVEN THOUGH THE GOVERNMENT CLAIMS THAT THE MOTION IS PREMATURE. IF YOU FEEL THAT IT IS PREMATURE, PLEASE CONSIDER TRANSFERING TO THE COURT OF APPEALS RATHER THAN DISMISSING THE MOTION.

THE REQUEST IS BASED ON THE BOOKER CASE WHICH IS BASED ON THE SUPREME COURT CASES IN BLAKLEY AND RING WHICH STATES A RULE OF CONSTITUTIONAL LAW.

IN STRINGER V. BLACK ( 503 U.S. 222-1992) A CASE DECIDED AFTER PETITIONER'S CONVICTION AND SENTENCE BECAME FINAL MAY NOT BE THE PREDICATE FOR FEDERAL RELIEF UNLESS THE DECISION WAS DICTATED BY PRECEDENT EXISTING WHEN THE JUDGMENT IN QUESTION BECAME FINAL.

UNDER THE JURISPRUDENCE I RESPECTFULLY SUBMIT I AM ENTITLED TO RELIEF AND PRAY FOR SAME.

SINCERELY,

Luigi Porcelli

LUIGI PORCELLI- 04389-070
FEDERAL PRISON CAMP
P.O. BOX 5010
OAKDALE, LA. 71463

FILED

6