Clerk's

CERTIFIED COPY

# United States Court of Appeals
## For the First Circuit

---

No. 05-1713
D.C. #97-4
J. Lagueux

LUIGI PORCELLI,

Petitioner,

v.

UNITED STATES,

Respondent.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY
FIRST CIRCUIT COURT OF APPEALS BOSTON, MA
By: Date: JUL 07 2005

---

Before

Boudin, Chief Judge,
Torruella and Howard, Circuit Judges.

---

JUDGMENT

Entered: July 7, 2005

Petitioner asks for leave to file a second or successive § 2255 petition. Petitioner contends that he received ineffective assistance of counsel at sentencing when his attorney failed to challenge career offender status or ask for a downward departure, and the sentencing judge may have misunderstood his authority to depart.

Leave to file a second or successive § 2255 petition may only be granted where the petition relies on "(1) newly discovered evidence that, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that no reasonable factfinder would have found the movant guilty of the offense; or (2) a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable." 28 U.S.C. § 2255 (¶ 8). As neither of these conditions are met, leave to file is denied. See In re Anderson, 396 F.3d 1336, 1338-40 (11th Cir. Jan. 25, 2005) ("[r]egardless whether Booker established a 'new rule of constitutional law,'. . . the Supreme Court has not expressly

SCANNED

61

declared Booker to be retroactive to cases on collateral review"); see generally Tyler v. Cain, 533 U.S. 656, 663 (2001) (explaining that "a new rule is not 'made retroactive to cases on collateral review' unless the Supreme Court holds it to be retroactive").

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________________
Chief Deputy Clerk.

Certified Copy to Hon. Ronald Lagueux
Certified Copy to Mr. DiMarzio, Clerk USDC

cc: Messrs. Porcelli, Lockhart & Ms. Brown